

04/25/2022

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>AL RAHUM ENTERPRISES, LLC<br><br>Debtor | Case No. 19-40763<br>Chapter 7 |

## ORDER SUSTAINING TRUSTEE'S OBJECTION
## TO THE CLAIM OF GORDON FOOD SERVICE INC., CLAIM NO. 11

CAME ON FOR CONSIDERATION the Objection to Claim No. 11 of Gordon Food Service Inc. (the "Objection") filed by the Trustee. For cause shown, it is hereby

ORDERED that the Objection shall be and is hereby sustained; it is further

ORDERED that the proof of claim filed by Gordon Food Service Inc. designated as Claim No. 11 on the Claims Register is hereby DISALLOWED as an administrative priority claim and ALLOWED as a non-priority general unsecured claim in the amount of $8,997.21 for purposes of the administration of this case by the Trustee, including the distribution of funds to claimants following approval of the Trustee's Final Report.

IT IS SO ORDERED.

Signed on 4/25/2022

_Brenda T. Rhoades_    MD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE