

**EOD**
**04/26/2022**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>AL RAHUM ENTERPRISES, LLC<br><br>Debtor | Case No. 19-40763<br>Chapter 7 |

### AGREED ORDER REGARDING TRUSTEE'S OBJECTION
### TO THE CLAIM OF GORDON FOOD SERVICE INC., CLAIM NO. 11

CAME ON FOR CONSIDERATION the Objection to Claim No. 11 of Gordon Food Service Inc. (the "Objection") filed by the Trustee, and the Court finding an agreement has been reached regarding the Objection, the terms which are contained herein, it is hereby

ORDERED that in addition to the Chapter 11 administrative claim awarded claimant in the amount of $8,817.21 pursuant to the Court's order entered August 20, 2019 [docket #95] in the administratively consolidated case of International Restaurant Group, LLC. et. al., case no. 19-40762, Gordon Food Service Inc. shall have an allowed nonpriority unsecured claim in the amount of $180.00 for purposes of the administration of this case by the Trustee, including the distribution of funds to claimants following approval of the Trustee's Final Report.

IT IS SO ORDERED.

Signed on 04/26/2022

_Brenda T. Rhoades_   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM
AND SUBSTANCE:

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
HAYWARD PLLC
10501 N Central Expy, Suite 106
Dallas, Texas 75231-2203
(972) 755-7103 Phone
MWeisbart@haywardfirm.com

COUNSEL FOR CHAPTER 7 TRUSTEE

/s/ Jason M. Torf
Jason M. Torf
ICE MILLER LLP
200 W. Madison Street, Suite 3500
Chicago, Illinois 60606
(312) 726-6244 Phone
Jason.Torf@icemiller.com

COUNSEL FOR GORDON FOOD SERVICE, INC.